In the Matter of FARMERS AND MECHANICS-CITIZENS NATIONAL BANK OF FREDERICK, as Executor of PAUL J. BAKER, Deceased. In the Matter of V. M. FREY, as Executor of PAUL J. BAKER, Deceased.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.

In the Matter of the Claim of ELVIN FOLAND, Appellant, against GEORGE W. BROWN, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files and serves record and brief on or before April 20, 1955, and is ready for argument at the May Term of this court, in which event the motion is denied. Appellant is required to obtain the findings of the board to perfect the record; and if unable to obtain them within a time reasonably required to conform with this decision may in lieu thereof insert in the record an affidavit showing the precise steps taken to obtain such findings. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.

In the Matter of the Claim of EDWARD M. HEFFERNAN, Appellant, against STANDARD ENGINE CO. OF NEW YORK, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.

In the Matter of the Claim of MARGARET McCORMACK, Appellant, against NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.

FLORENCE B. WHEELER, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files and serves record and brief on or before April 20, 1955, and is ready for argument at the May Term of this court, in which event the motion is denied. Application for permission to appeal as a poor person on original record and typewritten brief denied. Attention is called to the alternative method of preparing record under rules 21 and 22 of this court. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.